FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUSTIN MICHAEL DAVID T.,[1]

Plaintiff,

v.

FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No: 1:26-cv-03113-RLP

ORDER GRANTING STIPULATED MOTION FOR REMAND

BEFORE THE COURT is the parties' Stipulated Motion for Remand, ECF No. 14. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, pursuant to the stipulation, **IT IS ORDERED**:

1. The Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. Upon remand, the Appeals Council will direct the Administrative Law Judge to obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base (Social Security Ruling 83-14). The hypothetical questions should reflect the specific capacity/limitations established by the record as a whole. The Administrative Law Judge will ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy (20 CFR 404.1566). The Administrative Law Judge shall take any steps necessary to fully develop the record; offer the claimant the opportunity for a hearing and issue a new decision.Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. Plaintiff's Opening Brief, **ECF No. 9**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** October 15, 2026.

REBECCA L. PENNELL
United States District Judge